UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF18, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18<br><br>Plaintiff,<br><br>-v.-<br><br>TATSIANA BARBERAN, JIMMY BARBERAN, BOARD OF MANAGERS OF SPRING HOLLOW CONDOMINIUM TWO, JOHN DOE,<br><br>Defendants. | 08 Civ. 2904 (KMK)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Plaintiff LaSalle Bank National Association as Trustee for First Franklin Mortgage Loan Trust 2006-FF18, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated:  New York, New York
        April 9, 2008

REED SMITH LLP

By: _____
    Scott S. McKessy (SM-5479)
599 Lexington Avenue, 28th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
smckessy@reedsmith.com

*Attorneys for Defendant*
First Franklin Financial Corporation

1